**Randy DRINKWALTER, Appellant,**

v.

**Harold CLARKE; Mike Kenney; Douglas K. Diltz; Frank X. Hopkins; Teresa Predmore; Kimberly L. Cockrell; Robert C. Ryan; Officer McPherrin, in their official and individual capacities, Appellees.**

No. 03–2278.

United States Court of Appeals, Eighth Circuit.

Submitted: April 28, 2004.

Decided: May 3, 2004.

Randy Drinkwalter, Nebraska State Penitentiary, Lincoln, NE, pro se.

Jennifer M. Tomka, Attorney General's Office, Lincoln, NE, for Defendants–Appellees.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Nebraska inmate Randy Drinkwalter appeals the district court's[1] dismissal of his civil rights lawsuit arising out of a disciplinary conviction (later reversed), which led to his extended confinement in segregation. Appellees have moved for summary affirmance. Having carefully reviewed the record, we conclude dismissal was proper and an extended discussion is not warranted. Accordingly, we grant appellees' motion and affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.